JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | Category No. II | Investigating Agency  U.S. Secret Service |
| City  Edgartown & Oak Bluffs | Related Case Information: | 18CR 10240 |
| County  Dukes | Superseding Ind./ Inf. _____ Case No. _____ | |

SEALED

Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Georgi Kanev   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  (City & State)  Pleven, Bulgaria

Birth date (Yr only): 1986   SSN (last4#): _____   Sex M   Race: White   Nationality: Bulgarian

Defense Counsel if known:  N/A   Address _____

Bar Number  _____

**U.S. Attorney Information:**

AUSA  Sandra S. Bower   Bar Number if applicable  787700 (Florida)

Interpreter: ☑ Yes ☐ No   List language and/or dialect:  Bulgarian

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☐ Felony  9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/31/2018   Signature of AUSA:  *Sandra S. Bower*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Georgi Kanev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1029(b)(2) | Conspiracy to Commit Access Device Fraud | 1 |
| Set 2 | 18 USC 1029(a)(4) & 2 | Possession of Device -Making Equipment & Aiding and Abetting | 2-5 |
| Set 3 | 18USC1029(a)(1),(b)(1)& 2 | Producing/Using Counterfeit Access Devices and Aiding and Abetting | 6 |
| Set 4 | 18 USC 1028(A)(a)(1) | Aggravated Identity Theft | 7-9 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** U.S. Secret Service

**City** Edgartown & Oak Bluffs    **Related Case Information:**    18CR 10240

**County** Dukes

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**SEALED**

### Defendant Information:

**Defendant Name** Anatoli Mitrev    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Pleven, Bulgaria

**Birth date (Yr only):** 1986   **SSN (last4#):** _____   **Sex** M   **Race:** White   **Nationality:** Bulgarian

**Defense Counsel if known:** N/A    **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Sandra S. Bower    **Bar Number if applicable** 787700 (Florida)

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Bulgarian

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 07/31/2018    **Signature of AUSA:** *Sandra S. Bower*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Anatoli Mitrev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1029(b)(2) | Conspiracy to Commit Access Device Fraud | 1 |
| Set 2 | 18 USC 1029(a)(4) & 2 | Possession of Device -Making Equipment & Aiding and Abetting | 2-5 |
| Set 3 | 18USC1029(a)(1),(b)(1)& 2 | Producing/Using Counterfeit Access Devices and Aiding and Abetting | 6 |
| Set 4 | 18 USC 1028(A)(a)(1) | Aggravated Identity Theft | 10 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____